(58 South. 528.)

No. 19,340.

ROWND v. COMISH et al.

(April 4, 1912.)

*(Syllabus by the Court.)*

COURTS (§ 224*)—APPELLATE JURISDICTION—SUPREME COURT.

Article 85 of the Constitution, which confers appellate jurisdiction on this court, does not include in the grant jurisdiction of cases involving merely title to office, or civil or political rights, dissociated from pecuniary value to an amount exceeding $2,000.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 487, 608–618; Dec. Dig. § 224.*]

Appeal from Twenty-Fifth Judicial District Court, Parish of Livingston; Robert S Ellis, Judge.

Action by W. S. Rownd against H. T. Comish and others. From a judgment for plaintiff, defendants appeal. Dismissed.

D. D. Cline, for appellants. Carter & Carter and W. S. Rownd, for appellee.

SOMMERVILLE, J. This case presents the same question settled by the court in W. W. Conerly et al. v. Democratic Executive Committee of Vernon Parish, La., 130 La. 457, 58 South. 148, and, for the reasons there stated, the appeal herein is dismissed, at the cost of appellant. See, also, W. J. Hennessey v. Democratic Executive Parish Committee of the Parish of Orleans, 130 La. 603, 58 South. 352.